UNITED STATES of America, Plaintiff–Appellee

v.

Akbar Malik MUHAMMAD, Defendant–Appellant.

No. 10–10255
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 21, 2011.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

James Daniel McElroy, Jr., Esq., Law Office of J. Daniel McElroy, Dallas, TX, for Defendant–Appellant.

Akbar Malik Muhammad, Big Spring, TX, pro se.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Akbar Malik Muhammad has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Muhammad has responded only to the extent of requesting new counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Muhammad's request for new appointed counsel is DENIED.

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.